No. 178. GREAT NORTHERN RY. Co. *v.* WEEKS, STATE TAX COMMISSIONER, ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. F. G. Dorety* and *C. J. Murphy* for petitioner. *Mr. P. O. Sathre* for respondents.

No. 195. UNITED STATES *v.* BANK OF NEW YORK & TRUST CO.;

No. 196. SAME *v.* PRESIDENT AND DIRECTORS OF THE MANHATTAN CO.; and

No. 197. SAME *v.* PINK. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Reed* for the United States. *Messrs. Paul C. Whipp, Samson Selig, Frederick B. Campbell, L. D. Bates, Hartwell Cabell,* and *Milton B. Ignatius* for respondent in No. 195. *Messrs. Leroy B. Iserman* and *Robert J. Sykes* for respondent in No. 196. *Messrs. Alfred L. Green, John M. Downes,* and *Clarence C. Fowler* for respondent in No. 197.